# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

12:07 pm, 1/31/24

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | |
| JOSE DE LA CRUZ GUERRA TORRES | Case Number:   24-cr-22-ABJ |
| Defendant. | |

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date  January 31, 2024          Time   11:38 AM- 12:03 PM

☐ Arraignment     ☑ Change of Plea          Before the Honorable   Kelly H. Rankin

Interpreter: Laura Garcia-Hein          Int. Phone:

| MiYon Bowden | Melanie Sonntag | Karen Bila | Lauren Kuzmanovich |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government: Cameron Cook

Defendant:   Tracy Hucke

☑ FPD     ☐ PANEL-CJA     ☐ RETAINED     ☐ WAIVED

☑ Defendant Waives Indictment
☑ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)   1   of an Information
☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or on/before _____ | ☑ Plea agreement filed |
| | ☑ Sentencing set for  3/4/2024  at  9:30 AM |
| ☐ Trial date set for _____ at _____ in _____ | in   Cheyenne, WY |
| | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on _____ | ☐ Count(s) _____ to be dismissed at time of sentencing |
| ☐ Other _____ | |

WY54                                                                                                     Rev. 12/27/2022

BOND IS  ☑ Defendant is detained

☐ Set at _____  ☐ Cash or Surety  ☐ Unsecured

☐ Continued on the same terms and conditions

☐ Continued on bond with the following conditions:

☐ Released on bond with the following conditions:

☐ 3rd party custody of _____          ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed        ☐ Travel restricted to _____
☐ Maintain current residence                    ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol                    ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing                ☐ Avoid all contact with _____
☐ Surrender passport to _____          ☐ Post property or sum of money _____
☐ Obey all laws.  Federal, State and Local      ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____