# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING
## CRIMINAL MINUTE SHEET
### SENTENCING



**FILED**
9:57 am, 3/4/24
**Margaret Botkins**
**Clerk of Court**

| | | | |
|---|---|---|---|
| Date: | March 4, 2024 | Before the Honorable: | Alan B. Johnson |
| Time: | 9:31am - 9:54am | Interpreter: | Laura Garcia-Hein |
| Case No: | 2:24-CR-00022-ABJ-1 | Interpreter Phone: | (402) 661-7307 |

☐ Non-Public Document

UNITED STATES OF AMERICA   VS   Jose De La Cruz Guerra Torres

| Becky Harris | Melanie Sonntag | Kristen Simmer | LK / Guard |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**    Government: Cameron Cook

☐ CJA   ☑ FPD   ☐ RET   ☐ WAIVED    Defendant: Tracy Hucke

Other: _____

☑ Defendant acknowledges having read the presentence report
☐ Objections to presentence report

☐ Witness(es) _____
☐ Exhibits received by Court _____

**SENTENCING INFORMATION**

☑ Defendant is committed to custody

    For a period of   12   Months   as to Count(s)   1

    ☑ Sentence shall be served   concurrent   to   the sentence imposed in Park County District Court Docket No. 6315

☐ Defendant is sentenced to time served
    ☐ Plus up to ten (10) days to allow for deportation proceedings

☑ Upon release from custody, the defendant shall be on **no supervised release**

☐ Defendant is placed on **probation** for a period of _____

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of     $100.00     as to Count(s)     1

For a total of:    $100.00

☑ Special assessment is due and payable immediately

☑ Special assessment shall be paid through the Inmate Financial Responsibility Program

☐ Special assessment shall be paid in monthly installments of at least _____ during the term of supervision

☑ Special assessment remitted upon deportation of the defendant

☐ Other _____

☐ Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

☑ Defendant is **remanded** to custody of US Marshal

☐ Defendant shall **surrender** to _____ USMS on/before _____ at _____

☐ Defendant shall **surrender** to designated prison on/before _____ at _____

☐ Defendant shall report to institution as directed by Probation

☐ Court **recommends placement** at _____

☐ Court recommends defendant participate in the prison industries program

☐ Court recommends defendant participate in Bureau of Prison's 500-hour Residential Drug Treatment Program

☐ Court recommends defendant participate in substance abuse treatment while incarcerated

☑ Court recommends ICE shall begin deportation proceeding during the service of this sentence

☑ Defendant advised of right to appeal      ☑ Defendant waives right to appeal

☐ Defendant shall forfeit the following property _____

☐ Count(s) _____ of the Indictment **dismissed** on the motion of the United States

☐ Other _____

## MISCELLANEOUS