# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

1:18 pm, 3/4/24

**Margaret Botkins
Clerk of Court**

| UNITED STATES OF AMERICA | Case Number: 2:24-CR-00022-ABJ-1 |
|---|---|
| vs | Defendant's Attorney(s): |
| JOSE DE LA CRUZ GUERRA TORRES | Tracy Hucke |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to count 1.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry | December 5, 2022 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **89250-298**

March 4, 2024
Date of Imposition of Sentence

*Alan B. Johnson*
Alan B. Johnson
United States District Judge

*March 4, 2024*
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 months, to be served concurrently with the sentence imposed in Park County District Court, Wyoming, Docket No. 6315. There will be no term of supervised release to follow.

Upon release from imprisonment, the defendant shall be delivered to a duly authorized immigration official for deportation in accordance with the established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. 1101-1524. The Court recommends the Bureau of Immigration and Customs Enforcement begin removal proceedings during service of this sentence pursuant to the Institutional Hearing Program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal/Bureau of Prisons

By: _____
     Authorized Agent

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Count | Assessment | Restitution | Fine |
|---|---|---|---|
| 1 | $100.00 | | |
| Notes: | REMITTED | | |
| **Totals:** | $100.00 | | |

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

The interest and penalties not be applied to fine and/or restitution.

## SPECIAL ASSESSMENT

IT IS ORDERED the defendant shall pay a special assessment fee in the amount of $100.00, which shall be due immediately. Payments for monetary obligations shall be made payable by cashier's check or money order to the Clerk of the U.S. District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001. The defendant shall participate in the Inmate Financial Responsibility Program to pay his/her monetary obligations. The defendant shall pay all financial obligations immediately. While incarcerated, the defendant shall make payments of at least $25 per quarter.

Any unpaid balance of the special assessment shall be remitted upon deportation of the defendant.